# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMY R. BEASLEY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>AAA NORTHERN CALIFORNIA, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cv-01788-APG-VCF<br><br>**ORDER REMANDING CASE TO STATE COURT (Dkt. #35)** |

　　　　Plaintiff has filed a motion to remand this case to state court. [Dkt. #35.] Attached to that Motion is Plaintiff's Affidavit in which she states that she is no longer seeking more than $74,000 from Defendant. [Dkt. #35-2.] Accordingly, this court no longer has subject matter jurisdiction over this dispute. Defendant has not opposed the Motion to Remand. Accordingly,

　　　　**IT IS HEREBY ORDERED** that this matter is remanded back to the state court from which it was originally removed.

　　　　Dated:　December 16, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE